RITZ CAMERA v. SANDISK CORP